Upon consideration of Hallmark–Phoenix 3, LLC's motion to dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

Raul SALINAS, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7114.

United States Court of Appeals, Federal Circuit.

July 25, 2011.

## ON MOTION

## ORDER

Raul Salinas moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

TECSEC, INC., Plaintiff–Appellant,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, Defendant–Appellee,

and

Cisco Systems, Inc., SAS Institute, Inc., SAP America, Inc., SAP, AG, Sun Microsystems, Inc., Oracle Corporation, Sybase, Inc., Software AG, Software AG, Inc., Adobe Systems, Inc., Ebay Inc., and Paypal, Inc., Defendants.

TecSec, Inc., Plaintiff–Appellee,

v.

International Business Machines Corporation, Defendant–Appellant,

and

Cisco Systems, Inc., SAS Institute, Inc., SAP America, Inc., SAP, AG, Sun Microsystems, Inc., Oracle Corporation, Sybase, Inc., Software AG, Software AG, Inc., Adobe Systems, Inc., Ebay Inc., and Paypal, Inc., Defendants.

Nos. 2011–1303, 2011–1345.

United States Court of Appeals, Federal Circuit.

July 25, 2011.

## ON MOTION

### ORDER

International Business Machines Corporation moves to dismiss its cross-appeal.

Upon consideration thereof,

It Is Ordered That:

(1) The motion to dismiss 2011–1345 is granted. Each side shall bear its own costs in 2011–1345.

(2) The revised official caption for 2011–1303 is reflected above.